# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANN WILLIAMS, et al., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>JONES & JONES MANAGEMENT GROUP, INC., et al., <br><br>　　　　Defendants. | Case No. CV 14-2179-MMM (JEM) <br><br>**JUDGMENT** |

　　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

　　　　IT IS HEREBY ADJUDGED that this action is dismissed, (A) with prejudice as to Plaintiffs' claims under federal law against Defendants Jones & Jones Management Group, Freeman, Freeman & Smiley, Curtis Graham, and Deborah Friedman, and (B) without prejudice as to (i) Plaintiffs' claims under state law and (ii) Plaintiffs' federal law claims against Defendants Holly Kendig, Rex Heeseman, Walter Croskey, and Joan D. Klein.

DATED: January 23, 2015

　　　　　　　　　　　　　　　　　　　　　　　／s／ Margaret M. Morrow
　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE